IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TOMMY FITZGERALD HAMILTON                                                    PLAINTIFF

v.                                          Case No. 4:19-cv-04135

OFFICER JUSTIN DEAN, Police Officer,
Hope Arkansas Police Department, and
CORPORAL SCOTT HURD                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on November 18, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 31. On September 9, 2020, Defendants filed a Motion for Summary Judgment. ECF No. 23. Plaintiff responded in opposition. ECF No. 28. Defendants have replied. ECF No. 30. Judge Bryant recommends that the Court grant Defendants' motion and dismiss the claims against the Defendants with prejudice.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 31) *in toto*. Defendants' Motion for Summary Judgment (ECF No. 23) is hereby **GRANTED**. Accordingly, Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of January, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge